IMANAKA ASATO, LLLC
Steven K. S. Chung (1751)
Timothy E. Ho (4526)
745 Fort Street Mall, 17th Floor
Honolulu, HI 96813
Tel: 808/521-9500
808/541-9050 (fax)
schung@imanaka-asato.com
tho@imanaka-asato.com

BLOOD HURST & O'REARDON, LLP
Timothy G. Blood (*pro hac vice*)
Paula R. Brown (*pro hac vice*)
Jennifer L. MacPherson (*PHV forthcoming*)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
pbrown@bholaw.com
jmacpherson@bholaw.com

THE DAVENPORT LAW FIRM LLC
Courtney L. Davenport (*pro hac vice*)
18805 Porterfield Way
Germantown, MD 20874
Tel: 703/901-1660
courtney@thedavenportlawfirm.com

THE FRASER LAW FIRM, P.C.
Michael T. Fraser (*pro hac vice*)
4120 Douglas Blvd., Suite 306-262
Granite Bay, CA 95746
Tel: 888/557-5115
866/212-8434 (fax)
mfraser@thefraserlawfirm.net

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROMAN ANDERSON, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  vs.<br><br>SUBARU OF AMERICA, INC., a New Jersey corporation; SUBARU CORP., a Japanese corporation; DENSO INTERNATIONAL AMERICA, INC., a Delaware corporation; and DENSO CORP., a Japanese corporation,<br><br>       Defendants. | CIVIL NO. 1:20-cv-00290-HG-WRP<br><br>**PLAINTIFF ROMAN ANDERSON'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS SUBARU CORPORATION AND DENSO CORPORATION; CERTIFICATE OF SERVICE**<br><br>Magistrate Judge Wes Reber Porter<br>Trial Judge: Helen Gillmor<br>Trial Date: Not Set<br><br>**JURY TRIAL DEMANDED** |

00166668

## PLAINTIFF ROMAN ANDERSON'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS SUBARU CORPORATION AND DENSO CORPORATION

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Roman Anderson hereby files this Notice of Voluntary Dismissal Without Prejudice as to Defendants Subaru Corporation and Denso Corporation, in the above-captioned matter. Each side to bear its own attorneys' fees and costs. Neither defendant has served an answer or a motion for summary judgment in this matter.

DATED: Honolulu, Hawaii, July 28, 2020.

*/s/ Steven K. S. Chung*
STEVEN K. S. CHUNG
TIMOTHY E. HO
TIMOTHY G. BLOOD (*pro hac vice*)
PAULA R. BROWN (*pro hac vice*)
JENNIFER L. MacPHERSON
COURTNEY L. DAVENPORT (*pro hac vice*)
MICHAEL T. FRASER (*pro hac vice*)

*Attorneys for Plaintiff*
ROMAN ANDERSON

1

00166668