IMANAKA ASATO, LLLC
Steven K. S. Chung (1751)
Timothy E. Ho (4526)
745 Fort Street Mall, 17th Floor
Honolulu, HI  96813
Tel: 808/521-9500
808/541-9050 (fax)
schung@imanaka-asato.com
tho@imanaka-asato.com

BLOOD HURST & O'REARDON, LLP
Timothy G. Blood (*pro hac vice*)
Paula R. Brown (*pro hac vice*)
Jennifer L. MacPherson (*PHV forthcoming*)
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
pbrown@bholaw.com
jmacpherson@bholaw.com

THE DAVENPORT LAW FIRM LLC
Courtney L. Davenport (*pro hac vice*)
18805 Porterfield Way
Germantown, MD  20874
Tel: 703/901-1660
courtney@thedavenportlawfirm.com

THE FRASER LAW FIRM, P.C.
Michael T. Fraser (*pro hac vice*)
4120 Douglas Blvd., Suite 306-262
Granite Bay, CA  95746
Tel: 888/557-5115
866/212-8434 (fax)
mfraser@thefraserlawfirm.net

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| ROMAN ANDERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUBARU OF AMERICA, INC., a New Jersey corporation; SUBARU CORP., a Japanese corporation; DENSO INTERNATIONAL AMERICA, INC., a Delaware corporation; and DENSO CORP., a Japanese corporation,<br><br>Defendants. | CIVIL NO. 1:20-cv-00290-HG-WRP<br><br>**PLAINTIFF ROMAN ANDERSON'S NOTICE OF MOTION AND MOTION TO TRANSFER; MEMORANDUM IN SUPPORT OF PLAINTIFF ROMAN ANDERSON'S MOTION TO TRANSFER; DECLARATION OF TIMOTHY G. BLOOD IN SUPPORT OF PLAINTIFF ROMAN ANDERSON'S MOTION TO TRANSFER; CERTIFICATE OF SERVICE**<br><br>Hearing Date:<br>Time:<br><br>Magistrate Judge Wes Reber Porter<br>Trial Judge: Helen Gillmor<br>Trial Date:   Not Set<br><br>**JURY TRIAL DEMANDED** |

00166671

## PLAINTIFF ROMAN ANDERSON'S
## NOTICE OF MOTION AND MOTION TO TRANSFER

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. § 1404(a) and this Court's inherent powers, Plaintiff Roman Anderson ("Plaintiff") respectfully moves the Court for entry of an order transferring this case pursuant to 28 U.S.C. § 1404(a) to the Northern District of Alabama so that it may be consolidated with *Griffin, et al. v. Subaru of America, Inc. et al.*, No. 2:20-cv 00563-ACA (N.D. Ala.), the first-filed case. *Griffin* asserts claims arising from the same facts against the same defendants. Transfer is appropriate where all parties consent to the transfer, transfer is in the best interests of the parties and witnesses, and transfer will increase judicial efficiency.

Further, to effectuate the requested transfer should it be granted, Plaintiff Anderson, along with defendant Denso International America, Inc., requests that Denso International America, Inc. be granted until August 31, 2020 to answer or otherwise respond to Plaintiff's complaint. This will avoid unnecessary litigation should this action be transferred.

//

//

This Motion is supported by the accompanying Memorandum, the Declaration of Timothy G. Blood, Plaintiff's Request for Judicial Notice in support of the Motion, and all prior pleadings and proceedings in this action.

DATED: <u>Honolulu, Hawaii, July 28, 2020.</u>

<u>/s/ Steven K. S. Chung</u>
STEVEN K. S. CHUNG
TIMOTHY E. HO
TIMOTHY G. BLOOD (*pro hac vice*)
PAULA R. BROWN (*pro hac vice*)
JENNIFER L. MacPHERSON
COURTNEY L. DAVENPORT (*pro hac vice*)
MICHAEL T. FRASER (*pro hac vice*)

*Attorneys for Plaintiff*
ROMAN ANDERSON

2