# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | Civ. No. 20-00290 HG-WRP |
| CASE NAME: | ROMAN ANDERSON, individually and on behalf of all others similarly situated, v. SUBARU OF AMERICA, INC.; SUBARU CORP.; DENSO INTERNATIONAL AMERICA, INC.; and, DENSO CORP. |
| ATTYS FOR PLAINTIFF: | Courtney L. Davenport, Esquire<br>Michael T. Fraser, Esquire<br>Paula R. Brown, Esquire<br>Timothy G. Blood, Esquire<br>Steven K.S. Chung, Esquire |

| | |
|---|---|
| JUDGE: | Helen Gillmor |
| DATE: | July 30, 2020 |

On July 28, 2020, Plaintiff filed:

> PLAINTIFF ROMAN ANDERSON'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS SUBARU CORPORATION AND DENSO CORPORATION (ECF Nos. 18 and 19).

Defendant Subaru Corporation and Defendant Denso Corporation have not appeared. Defendant Subaru Corporation and Defendant Denso Corporation are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

No appearance has been made by any of the Defendants in this matter.

The Court **DIRECTS** Plaintiff to serve this Order on the designated service representative of each of the named Defendants in this case.

Plaintiff's counsel shall provide proof of service of this Order to the Court.

Submitted by: Ilene Lee, Courtroom Manager